# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1. GREATER FIRST DELIVERANCE TEMPLE, INC., an Oklahoma Not-For-Profit Corporation,<br><br>                Plaintiff,<br>v.<br><br>1. GUIDEONE MUTUAL INSURANCE COMPANY, a For-Profit Insurance Corporation,<br><br>                Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) Case No.: CIV-18-1022-J<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

**COME NOW** the attorneys for Plaintiff and for Defendant, respectively, and hereby stipulate and agree that the above-captioned cause may, upon order of the Court, be dismissed with prejudice to further litigation pertaining to all matters involved herein, and state that a compromise settlement covering all claims involved in the above-captioned cause has been made between the parties and the said parties hereby request the Court to dismiss said action with prejudice, pursuant to this stipulation.

   /s Kenyatta R. Bethea
Kenyatta R. Bethea, OBA No. 18650
Holloway, Bethea & Osenbaugh
3035 N.W. 63rd, Suite 102N
Oklahoma City, OK 73116
*Attorney for Plaintiff*

2

  /s Stephanie L. Khoury
Greg D. Givens, OBA No. 10310
Stephanie L. Khoury, OBA No. 22661
Givens Law Firm
136 N.W. 10th Street, Suite 100
Oklahoma City, OK  73103
*Attorneys for Defendant, GuideOne Mutual Insurance Company*

2